FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:24-CR-02008-MKD |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| GORDON DEAN RHOAN, | |
| Defendant. | **ECF Nos. 52, 53** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 52) and related Motion to Expedite (ECF No. 53). Defendant was represented by Assistant Federal Defender Craig Webster.

Defendant requests that the Court modify Special Condition No. 12 to allow Defendant to be in the presence of minors when a responsible adult is present who has been made aware of Defendant's charges and preapproved by United States Probation/Pretrial Services. ECF No. 52. The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.*; ECF No. 55.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 53**) is **GRANTED**.

ORDER - 1

2.   Defendant's Motion to Modify Conditions of Release (**ECF No. 52**) is **GRANTED**.

3.   **Special Condition No. 12 (ECF No. 33) is MODIFIED** in its entirety to read **as follows:**

> **12.   Defendant shall not be in the presence of minors, unless a responsible adult—who is aware of these charges and preapproved by United States Probation/Pretrial Services—is present at all times.**

4.   All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 14, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2