FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GORDON DEAN RHOAN,

Defendant.

No. 1:24-CR-02008-MKD

ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL

**ECF No. 176**

Before the Court is Defendant's Motion for New Trial. ECF No. 176. On November 17, 2026, the Court held a hearing on the motion. ECF No. 180. Defendant appeared in custody represented by Nicholas Marchi. AUSA Michael Murphy represented the United States.

For the reasons stated on the record and for the reasons set forth in the Court's prior order, ECF No. 156, the Court denies Defendant's motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion for New Trial, **ECF No. 176**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED November 18, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE